IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEX EXCHANGE INC.,<br><br>Defendant. | Case No. 1:25-cv-10517<br><br>Judge Matthew F. Kennelly<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT INDEX EXCHANGE INC.'S MOTION TO DISMISS

Defendant Index Exchange Inc. respectfully moves to dismiss the claims asserted against it in the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, or in the alternative, pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Defendant has submitted a Memorandum of Law in support of this Motion.

WHEREFORE, Defendant requests that this Court dismiss this case due to lack of personal jurisdiction, or in the alternative, to dismiss with prejudice due to failure to state a claim upon which relief can be granted, to award Defendants' their reasonable attorneys' fees and costs, and for any other relief the Court deems just.

Respectfully submitted,

        FENWICK & WEST LLP
        By: */s/ Tyler G. Newby*
        Tyler G. Newby (Admitted Pro Hac Vice)
        tnewby@fenwick.com
        Samantha Cox-Parra (Admitted Pro Hac Vice)
        scox-parra@fenwick.com
        555 California St., 12th Floor
        San Francisco, CA 94104
        Telephone: (415) 875-2495

Noah Solowiejczyk (Admitted Pro Hac Vice)
nsolowiejczyk@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, 18th Floor
New York, NY 10010
Telephone: (212) 430-2600

Joan Liu-Kim (Admitted Pro Hac Vice)
joanieliu-kim@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041-1990
Telephone: (650) 988-8500

Steve P. Mandell
smandell@mandellpc.com
Bryan G. Lesser
blesser@mandellpc.com
**MANDELL P.C.**
1 North Franklin Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 251-1000

Attorneys for Defendant
INDEX EXCHANGE INC.