**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOHN BAKER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

INDEX EXCHANGE INC.,

Defendant.

Case No. 1:25-cv-10517

Judge Matthew F. Kennelly

**ORAL ARGUMENT REQUESTED**

**DECLARATION OF TYLER G. NEWBY IN SUPPORT OF DEFENDANT INDEX EXCHANGE INC.'S MOTION TO DISMISS**

I, Tyler G. Newby, declare as follows:

1. I am an attorney admitted to practice in the State of California and a partner with the law firm of Fenwick & West LLP, counsel of record for Defendant Index Exchange, Inc. I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently to the matters set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of the Complaint in *United States of America v. Whaleco, Inc; A Corporation doing business as Temu*, No. 1:25-cv-12466 (D. Mass. Sept. 5, 2025). The Complaint alleges that Whaleco, Inc. is the U.S. entity that operates Temu.

3. Attached as **Exhibit B** is a true and correct copy of the Stipulated [Proposed] Order for Permanent Injunction, Civil Penalty Judgment, and Other Relief in *United States of America v. Whaleco, Inc; A Corporation doing business as Temu*, No. 1:25-cv-12466 (D. Mass. Sept. 5, 2025). The stipulated order is signed by Qin Sun, "as an officer of Whaleco, Inc., also d/b/a Temu" on page 14.

4. I obtained a copy of Whaleco, Inc.'s 2025 annual report filed with the Secretary of the Commonwealth of Massachusetts's Corporations Division from the Division's publicly searchable database, found at https://corp.sec.state.ma.us/corpweb/CorpSearch/CorpSearch.aspx. Qin Sun signed that report. A true and correct copy of that report is attached as **Exhibit C**.

5. I obtained a copy of Whaleco, Inc.'s Foreign Corporation Certificate of Registration filed with the Secretary of the Commonwealth of Massachusetts's Corporations Division from the Division's publicly searchable database. The document includes Whaleco, Inc.'s certificate of incorporation in the state of Delaware and confirms its registration in the state of Massachusetts. A true and correct copy of Whaleco's Certificate of Registration is attached as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2025

/s/ Tyler G. Newby
Tyler G. Newby