**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOHN BAKER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

INDEX EXCHANGE INC.,

Defendant.

Case No. 1:25-cv-10517

Judge Matthew F. Kennelly

**ORAL ARGUMENT REQUESTED**

**DECLARATION OF NEIL DORKEN IN SUPPORT OF DEFENDANT INDEX EXCHANGE INC.'S MOTION TO DISMISS**

I, Neil Dorken, declare as follows:

1. I am the Chief Financial Officer of Index Exchange Inc. I am competent to testify, and I make this declaration based on my personal knowledge.

2. Index Exchange Inc. is incorporated under the laws of Ontario, Canada.

3. Index Exchange Inc. has its headquarters and principal place of business in Toronto, Canada.

4. Index Exchange Inc. does not have its principal place of business in New York, as alleged in the complaint. An Index Exchange Inc. affiliate, Index Exchange USA, LLC, has its principal place of business in New York.

5. Index Exchange USA, LLC does not develop or operate Index Exchange Inc.'s supply-side platform ("SSP") or the code that website developers integrate into their websites to use the SSP. Index Exchange Inc. develops, operates, and maintains its SSP.

6. Index Exchange Inc. does not have any facilities, offices, or operations in Illinois.

7. Index Exchange Inc. does not develop, publish, or operate the BibleGateway.com

website. The Terms of Use agreement on BibleGateway.com's website identifies Harper Collins Christian Publishing as the publisher, and lists its address as New York, NY. A copy of BibleGateway.com's Terms of Use, located at https://www.biblegateway.com/legal/terms/, is attached as **Exhibit A**.

8. When a publisher like BibleGateway.com uses Index Exchange's SSP, the website publisher integrates Index Exchange's code into its website. BibleGateway.com became a user of Index Exchange's SSP through a reseller, rather than contracting directly with Index Exchange.

9. Index Exchange Inc. only receives information about the webpages on BibleGateway.com that users visit when those visitors affirmatively navigate their browsers to BibleGateway.com.

10. Index Exchange receives webpage information when a demand-side partner sends an ad request to Index Exchange, notifying Index Exchange that inventory is available for action through our exchange.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2025

Neil Dorken