**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEX EXCHANGE INC., a Canadian Corporation, and INDEX EXCHANGE USA, LLC, a Michigan Limited Liability Company<br><br>Defendants. | Case No. 1:25-cv-10517<br><br>Judge Matthew F. Kennelly<br><br>**ORAL ARGUMENT REQUESTED** |

**INDEX EXCHANGE INC. AND INDEX EXCHANGE USA, LLC'S
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Defendants Index Exchange Inc. and Index Exchange USA, LLC respectfully move to dismiss the claims asserted against them in the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, or in the alternative, pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Defendants have submitted a Memorandum of Law in support of this Motion.

WHEREFORE, Defendants request that this Court dismiss this case due to lack of personal jurisdiction, or in the alternative, to dismiss with prejudice due to failure to state a claim upon which relief can be granted, to award Defendants their reasonable attorneys' fees and costs, and for any other relief the Court deems just.

Respectfully submitted,

Dated: December 15, 2025

FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
Tyler G. Newby (Admitted *Pro Hac Vice*)
tnewby@fenwick.com

Samantha Cox-Parra (Admitted *Pro Hac Vice*)
scox-parra@fenwick.com
555 California St., 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2495

Noah Solowiejczyk (Admitted *Pro Hac Vice*)
nsolowiejczyk@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, 18th Floor
New York, NY 10010
Telephone: (212) 430-2600

Joan Liu-Kim (Admitted *Pro Hac Vice*)
joanieliu-kim@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041-1990
Telephone: (650) 988-8500

Steve P. Mandell
smandell@mandellpc.com
Bryan G. Lesser
blesser@mandellpc.com
**MANDELL P.C.**
1 North Franklin Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 251-1000

**Attorneys for Defendants**
*Index Exchange Inc. and*
*Index Exchange USA, LLC*