**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEX EXCHANGE INC., a Canadian Corporation, and INDEX EXCHANGE USA, LLC, a Michigan Limited Liability Company<br><br>Defendants. | Case No. 1:25-cv-10517<br><br>Judge Matthew F. Kennelly<br><br>**ORAL ARGUMENT REQUESTED** |

**REPLY DECLARATION OF TYLER G. NEWBY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Tyler G. Newby, declare as follows:

1. I am an attorney admitted to practice in the State of California and a partner with the law firm Fenwick & West LLP, counsel of record for Defendants Index Exchange Inc. and Index Exchange USA, LLC. I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently to the matters set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of the article by Diane Rinaldo, *Looking Beyond TikTok: The Risks of Temu*, Center for Strategic & International Studies (Oct. 24, 2024), available at https://perma.cc/DXB5-BDPX, which Plaintiff cited at page 14 of his Opposition.

3. Attached as **Exhibit B** is a true and correct copy of the press release and letter, *Attorney General Miyares Demands Answers About Online Retailer Temu's Business Practices*

*and Chinese Communist Party Connections*, Office of the Attorney General of VA, available at https://perma.cc/VYE3-7M2V, which Plaintiff cited at page 15 of his Opposition.

4. Attached as **Exhibit C** is a true and correct copy of the editorial by Hilal Aka, *The FTC's Amazon-Temu Blunder: Working With China to Target American Tech*, Aegis Insights (Jan. 31, 2025), available at https://perma.cc/2N97-NNN6, which Plaintiff cited at page 15 of his Opposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2026

*/s/ Tyler G. Newby*
Tyler G. Newby