**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

John Baker

Plaintiff,

v.

Case No.: 1:25−cv−10517
Honorable Matthew F. Kennelly

Index Exchange, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, August 8, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' stipulations. The deadline for filing dispositive motions is extended to 3/5/2027. Plaintiff is given until 8/20/2026 to file a second amended complaint; defendant Index Exchange USA, LLC is given until 9/10/2026 to file a motion to dismiss. In addition, the motion to compel filed on 3/30/3026 [55] is terminated, without prejudice to refiling if there are still open issues. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.